David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
RON BOLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RON BOLAND AND LINDA BOLAND,<br><br>        Plaintiff,<br><br>   vs.<br><br>MERRICK BANK,<br><br>        Defendant(s). | Case No.: **2:16-cv-02706-APG-GWF**<br><br>**NOTICE OF SETTLEMENT BETWEEN RON BOLAND AND LINDA BOLAND AND <u>MERRICK BANK</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between RON BOLAND AND LINDA BOLAND ("Plaintiffs") and Defendant MERRICK BANK ("MERRICK") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiffs' claims against MERRICK, with Prejudice, within 60 days. Plaintiffs requests that all

pending dates and filing requirements as to MERRICK be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to MERRICK.

Dated: May 31, 2017

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiffs
*RON BOLAND AND
LINDA BOLAND*