# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD BOLAND and LINDA BOLAND,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK BANK,<br><br>Defendant. | Case No. 2:16-CV-02706-APG-GWF<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO COMPEL ARBITRATION**<br><br>(ECF No. 15) |

In light of the parties' notice of settlement (ECF No. 33),

IT IS ORDERED that defendant Merrick Bank's motion to compel arbitration **(ECF No. 15) is DENIED without prejudice**.

DATED this 31st day of May, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE