Robert R. Kinas, Esq.
Nevada Bar No. 6019
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Charles E. Gianelloni
Nevada Bar No. 12747
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
       bgriffith@swlaw.com
       cgianelloni@swlaw.com
*Attorneys for Defendant Merrick Bank*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RON BOLAND and LINDA BOLAND,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK BANK,<br><br>Defendant. | Case No. 2:16-cv-02706-APG-GWF<br><br>**STIPULATION AND ORDER OF DISMISSAL OF MERRICK BANK, WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Ron Boland and Linda Boland (collectively, "Plaintiffs"), and Defendant Merrick Bank ("Defendant"), by and

///

///

///

///

///

///

///

///

///

///

4849-3469-5755

through their undersigned attorneys, stipulate to dismissal of Merrick Bank from the above-captioned case, with prejudice, with each party bearing its own fees and costs.

DATED this 2nd day of August 2017.

SNELL & WILMER L.L.P.

*Blakeley E. Griffith*

Robert R. Kinas (NV Bar No. 6019)
Blakeley Griffith (NV Bar No. 12386)
Charles E. Gianelloni (NV Bar No. 12747)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Phone: (702) 784-5200
Fax: (702) 784-5252

*Attorneys for Defendant*

DATED this 2nd day of August 2017.

HAINES & KRIEGER, LLC

/s/ David H. Krieger
David H. Krieger (NV Bar No. 9086)
8985 South Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
Fax: (702) 383-5518

*Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED.**

Dated: August 3, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE